The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDISHAKIR M. MOHAMED, *et. al*. | No. C21-0653-RSM |
| Plaintiffs, | STIPULATION AND ORDER FOR EXTENSION OF ANSWER DEADLINE |
| v. | |
| TRACY RENAUD, *et al.*, | Noted for Consideration: July 27, 2021 |
| Defendants. | |

The Parties, through undersigned counsel, hereby STIPULATE and AGREE that Defendants' Answer may be extended from July 27, 2021 to August 26, 2021.  Good cause exists for the requested extensions.

Processing for Form I-730 follow-to-join refugee beneficiaries in Nairobi is completed by the USCIS Nairobi Field Office with the support of the Resettlement Support Center ("RSC"). Due to COVID-19, Nairobi staff was on authorized departure to the United States from March until October 2020, during which time the USCIS Nairobi Field Office was closed.  The USCIS Nairobi Field Office has not resumed routine in-person processing at this time due to COVID-19 and is only able to conduct emergency services on a limited basis.

USCIS is currently reviewing required background check responses. Once completed, if USCIS determines that the Beneficiary is eligible to continue case processing, the next

STIPULATION AND ORDER FOR
EXTENSION OF DEADLINE
(C21-653 RSM) - 1

LAW OFFICES OF BART KLEIN
605 First Avenue South, Suite 500
Seattle, WA 98104
(206) 624-3787

processing steps include the USCIS Nairobi Field Office working with the RSC to coordinate and complete the Beneficiary's medical examination, request sponsorship assurances, and complete any final security check and eligibility determinations necessary to finalize the adjudication. If found eligible, the RSC will coordinate with the International Organization for Migration to issue travel documents.

Dated: July 27, 2021

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

MENTER IMMIGRATION LAW PLLC

*s/Meena Pallipamu Menter*
MEENA PALLIPAMU MENTER
WSBA #31870
444 Woodland Park Ave. N., Suite 203
Seattle, WA 98103
Tel.: (206) 419-7332
meena@meenamenter.com
*Attorney for Plaintiffs*

STIPLUATION AND ORDER FOR
EXTENSION OF DEADLINE
(C21-653 RSM) - 2

LAW OFFICES OF BART KLEIN
605 First Avenue South, Suite 500
Seattle, WA 98104
(206) 624-3787

**ORDER**

The parties having so stipulated, the above is SO ORDERED. Defendants' response to the Complaint is due on August 26, 2021.

DATED this 29th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPLUATION AND ORDER FOR
EXTENSION OF DEADLINE
(C21-653 RSM) - 3

LAW OFFICES OF BART KLEIN
605 First Avenue South, Suite 500
Seattle, WA 98104
(206) 624-3787