UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDISHAKIR M. MOHAMED, *et. al.*<br><br>Plaintiffs,<br><br>v.<br><br>TRACY RENAUD, *et al.*,<br><br>Defendants. | No. C21-0653-RSM<br><br>SECOND STIPULATION AND ORDER FOR EXTENSION OF ANSWER DEADLINE |

The Parties, through undersigned counsel, hereby STIPULATE and AGREE that Defendants' Answer may be extended from August 26, 2021 to September 27, 2021. The Court previously granted the Parties' stipulated motion to extend the answer deadline by 30 days. Dkt. No. 8. Good cause exists for the requested extension.

As described in the prior stipulation, processing for Form I-730 follow-to-join refugee beneficiaries in Nairobi is completed by the USCIS Nairobi Field Office with the support of the Resettlement Support Center ("RSC"). Due to COVID-19, Nairobi staff was on authorized departure to the United States from March until October 2020, during which time the USCIS Nairobi Field Office was closed. The USCIS Nairobi Field Office has not resumed routine in-person processing at this time due to COVID-19 and is only able to conduct emergency services on a limited basis.

SECOND STIPLUATION AND ORDER FOR
EXTENSION OF DEADLINE
(C21-653 RSM) - 1

United States Citizenship and Immigration Services ("USCIS") has received and reviewed updated security check results and has determined that the case may proceed with additional processing by the USCIS Nairobi Field Office, which will process this case on an emergency basis.

Accordingly, the Parties agree that a thirty-day extension is appropriate to complete processing.

Dated: August 26, 2021

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

MENTER IMMIGRATION LAW PLLC

*s/ Meena Pallipamu Menter*
MEENA PALLIPAMU MENTER
WSBA #31870
444 Woodland Park Ave. N., Suite 203
Seattle, WA 98103
Tel.: (206) 419-7332
meena@meenamenter.com
*Attorney for Plaintiffs*

SECOND STIPLUATION AND ORDER FOR
EXTENSION OF DEADLINE
(C21-653 RSM) - 2

**ORDER**

The parties having so stipulated, the above is SO ORDERED. Defendants' response to the Complaint is due on September 27, 2021.

DATED this 31st day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE