The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDISHAKIR M. MOHAMED, *et. al*. | No. C21-0653-RSM |
| Plaintiffs, | STIPULATION AND ORDER FOR EXTENSION OF ANSWER DEADLINE |
| v. | |
| TRACY RENAUD, *et al.*, | Noted for Consideration: September 27, 2021 |
| Defendants. | |

The Parties, through undersigned counsel, hereby STIPULATE and AGREE that Defendants' Answer may be extended from September 27, 2021 to October 25, 2021. Good cause exists for the requested extension.

As described in the prior stipulation, processing for Form I-730 follow-to-join refugee beneficiaries in Nairobi is completed by the USCIS Nairobi Field Office with the support of the Resettlement Support Center ("RSC"). Since the last stipulation, the United States Citizenship and Immigration Services ("USCIS") has determined that the case is "ready for departure" and the travel packet has been sent to the International Organization for Migration for travel booking and the exit permit process. The Government of Kenya is the entity that is responsible for issuance of an exit permit here. Upon successful completion of these steps, the beneficiary will travel.

STIPLUATION AND ORDER FOR
EXTENSION OF DEADLINE
(C21-653 RSM) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

1     Accordingly, the Parties agree that a thirty-day extension is appropriate to complete

2    processing.

3

4    Dated: September 27, 2021

                                              Respectfully submitted,

5
                                              TESSA M. GORMAN
6                                             Acting United States Attorney

7                                             s/Michelle R. Lambert
                                              MICHELLE R. LAMBERT, NYS #4666657
8                                             Assistant United States Attorney
                                              United States Attorney's Office
9                                             1201 Pacific Avenue, Suite 700
                                              Tacoma, Washington 98402
10                                            Phone:  206-428-3824
                                              Email:  michelle.lambert@usdoj.gov
11
                                              Attorneys for Defendants
12

13                                            MENTER IMMIGRATION LAW PLLC

14                                            s/ Meena Pallipamu Menter
                                              MEENA PALLIPAMU MENTER
15                                            WSBA #31870
                                              444 Woodland Park Ave. N., Suite 203
16                                            Seattle, WA 98103
                                              Tel.: (206) 419-7332
17                                            meena@meenamenter.com
                                              Attorney for Plaintiffs
18

19

20

21

22

23

24

25

26

27

STIPLUATION AND ORDER FOR                              UNITED STATES ATTORNEY
EXTENSION OF DEADLINE                                  1201 PACIFIC AVE., STE. 700
(C21-653 RSM) - 2                                          TACOMA, WA 98402
                                                            (253) 4258-3800

**[PROPOSED] ORDER**

The parties having so stipulated, the above is SO ORDERED.  Defendants' response to the Complaint is due on October 25, 2021.


DATED this 27th day of September, 2021.



RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPLUATION AND ORDER FOR
EXTENSION OF DEADLINE
(C21-653 RSM) - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800