The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ABDISHAKIR M. MOHAMED, *et. al.*<br><br>Plaintiffs,<br><br>v.<br><br>TRACY RENAUD, *et al.*,<br><br>Defendants. | No. C21-0653-RSM<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration:<br>October 25, 2021 |

The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

Dated: October 25, 2021

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

STIPLUATED MOTION TO DISMISS AND ORDER
(C21-653 RSM) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

MENTER IMMIGRATION LAW PLLC

*s/Meena Pallipamu Menter*
MEENA PALLIPAMU MENTER
WSBA #31870
444 Woodland Park Ave. N., Suite 203
Seattle, WA 98103
Tel.: (206) 419-7332
meena@meenamenter.com
*Attorney for Plaintiffs*

STIPLUATED MOTION TO DISMISS AND ORDER
(C21-653 RSM) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is so **ORDERED**. The case is dismissed without prejudice with each party to bear their own fees and costs.

DATED this 28th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPLUATED MOTION TO DISMISS AND ORDER
(C21-653 RSM) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970